# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE A. STAHLNECKER and DALE C. STAHLNECKER, | No. 4:19-CV-00858 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| SANDRA L. MORRIS and D&F TRAVEL INC., | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 10th day of July 2019, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Punitive Damage Claims, June 4, 2019, ECF No. 6, is **DENIED**. Defendants' answer to the complaint is due no later than July 24, 2019.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge